√ O/C
AH

08-20046-TP-Seitz
O'Sullivan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OFFICE OF THE CLERK
501 BROADWAY, ROOM 127
PADUCAH, KENTUCKY 42001
(270) 415-6400
kywd.uscourts.gov

Jeffrey A. Apperson
Clerk of Court

Vanessa Armstrong
Chief Deputy Clerk

RE: PEDRO RODRIGUEZ
CASE NO. 5:00CR-31-02-R
YOUR CASE NO.

TO WHOM IT MAY CONCERN:

Enclosed are certified copies of papers on file in this district for the above named defendant whose request for transfer of jurisdiction has been accepted by your court.

(X) Indictment/Information

(X) Judgment & Commitment Order

(X) Transfer of Jurisdiction-Form 22

Very truly yours,
Jeffrey A. Apperson, Clerk

By: s/ Kelly Sherrard
Deputy Clerk

Copies to:
United States Attorney
United States Probation
Probation Office, SD/FL, MIAMI

PROB 22
Rev. 2/88

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER(Tran.Ct) 5:00CR-00031-02-R | |
| | | DOCKET NUMBER(Rec.Ct) | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>PEDRO RODRIGUEZ<br>[redacted] Miami, FL 33018 | DISTRICT KENTUCKY | DIVISION WESTERN | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Thomas B. Russell | | |
| SD/FL PACTS No. 65773 | DATES OF PROBATION SUPERVISED RELEASE | FROM 6/15/2007 | TO 6/14/2010 |

OFFENSE: Conspiracy to Distribute 3, 4-Methylenedioxymethamphetamine, also known as "MDMA and "Ecstasy", a Schedule I Controlled Substance, a Class C Felony, in violation of Title 21, U.S.C. §846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Florida upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/20/08
Date

The Honorable Thomas B. Russell,
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/18/08
Effective Date

The Honorable
United States District Judge

CERTIFIED
U. S. District Court
Paducah, Ky.
DATE: 4-9-08
BY:
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
OCT 5 2000
JEFFREY A. A[illegible], CLERK
BY DEPUTY CLERK

UNITED STATES OF AMERICA

vs.

INDICTMENT

NO. 5:00CR0031 R

21 U.S.C. § 846

**OSCAR SALCEDA**
**PEDRO RODRIQUEZ**

CERTIFIED
U. S. District Court
Paducah, Ky.
DATE: 4-9-08
BY: Deputy Clerk

The Grand Jury charges:

COUNT 1

In or about and between 1999, and March 2000, the exact dates being unknown to the Grand Jury, in the Western District of Kentucky, McCracken County, Kentucky, and elsewhere, **OSCAR SALCEDA** and **PEDRO RODRIQUEZ**, defendants herein, did knowingly conspire with each other and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute 3,4- methylenedioxymethamphetamine, also known as "MDMA" and "ecstasy", a Schedule I controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Section 846.

A TRUE BILL.

[redacted]
FOREPERSON

STEVEN S. REED
UNITED STATES ATTORNEY

SSR:MW:tlb:000928

UNITED STATES OF AMERICA v. OSCAR SALCEDA, ET AL

## P E N A L T I E S

Count 1: NM 20 yrs./$1,000,000 fine/NL 3 yrs. Supervised Release

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor: $ 25 per count/individual
$125 per count/other

Felony: $100 per count/individual
$400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>450 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/582-5156 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>502/781-1110 |
| OWENSBORO: | Clerk, U.S. District Court<br>210 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>502/683-0221 |
| PADUCAH: | Clerk, U.S. District Court<br>322 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>502/443-1337 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT

Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA

*vs.*

OSCAR SALCEDA

PEDRO RODRIQUEZ

## INDICTMENT

**Title 21, U.S.C., § 846**
**Conspiracy to Distribute Methylenedioxy-methamphetamine**

*A true bill.*

[redacted] 10-5-00
*Foreman*

*Filed in open court this* 5th day,
*of* October A.D. 2000.

*Clerk*

*Bail, $*

CERTIFIED
U. S. District Court
Paducah, Ky
DATE: 4-9-08
BY: K Sherrard
Deputy Clerk

# United States District Court

## Western District of Kentucky

PADUCAH DIVISION

UNITED STATES OF AMERICA
V.
**PEDRO RODRIQUEZ**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**Case Number: 5:00CR-00031-02-R**
Counsel For Defendant: **Brian Katz (Appointed)**
Counsel For The United States: **Randy Ream & Michele Thielhorn**
Court Reporter: **Regina A. McBride**

**THE DEFENDANT:**

☐ pursuant to plea agreement

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☒ **Was found guilty on count 1 in the Indictment on July 1, 2004 after a plea of not guilty**

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|

**FOR CONVICTION OFFENSE(S) DETAIL - SEE COUNTS OF CONVICTION ON PAGE 2**

The defendant is sentenced as provided in pages 2 through 7 Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) (Is) (are) dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and the United States Attorney of any material change in the defendant's economic circumstances.

**IT IS FURTHER ORDERED** that the presentence report be returned to the United States Probation Office, and shall be available to counsel on appeal. **IT IS FURTHER ORDERED** that the sentencing recommendation be returned to the United States Probation Office, and shall not be available to counsel on appeal.

December 17, 2004
Date of Imposition of Judgment

Thomas B. Russell

**Thomas B. Russell, Judge**
**United States District Court**

December 21, 2004

DEFENDANT: **RODRIQUEZ, PEDRO**
CASE NUMBER: **5:00CR-00031-02-R**

# COUNTS OF CONVICTION

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21 USC 846 | Conspiracy to Distribute 3, 4-Methylenedioxymethamphetamine, also known as "MDMA" and "Ecstasy", a Schedule I Controlled Substance, a Class C Felony | March 2000 | 1 |

DEFENDANT: **RODRIQUEZ, PEDRO**
CASE NUMBER: **5:00CR-00031-02-R**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 41 months as to Count 1 in the Indictment.

[X] **The Court makes the following recommendations to the Bureau of Prisons:**
That a facility near defendant's home in Florida be designated for service of sentence.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district:

- [ ] at A.m. / p.m. on
- [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

- [ ] Before 2:00 p.m. on
- [ ] as notified by the United States Marshal.
- [ ] As notified by the Probation or Pretrial Services Office.
- [ ] The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ To ______________________________________

at ________________________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By______________________________
Deputy U.S. Marshal

DEFENDANT: **RODRIQUEZ, PEDRO**
CASE NUMBER: **5:00CR-00031-02-R**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years as to Count 1.

The defendant shall report to the probation office in the district in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer.

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

☐ The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of Each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other Acceptable reasons;
6) The defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a Felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at anytime at home or elsewhere and shall permit confiscation of any Contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the Permission of the court;
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal Record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the Defendant's compliance with such notification requirement.

DEFENDANT: **RODRIQUEZ, PEDRO**
CASE NUMBER: **5:00CR-00031-02-R**

## ADDITIONAL SUPERVISED RELEASE TERMS

14) The defendant shall participate in a program approved by the U. S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse.

DEFENDANT: **RODRIQUEZ, PEDRO**
CASE NUMBER: **5:00CR-00031-02-R**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | **$ 100.00** | **$ 0** | **$ 0** |

[X] **The fine and the costs of incarceration and supervision are waived due to the defendant's inability to pay.**

[ ] The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

[X] **Restitution is not an issue in this case.**

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order Or Percentage Of Payment |
|---|---|---|---|

[ ] If applicable, restitution amount ordered pursuant to plea agreement. . . . . $

[ ] The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. 3612(f). All of the payment options on Sheet 5, Part B may be subject to Penalties for default and delinquency pursuant to 18 U.S.C. 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ] The interest requirement is waived for the [ ] Fine and/or [ ] Restitution

[ ] The interest requirement for the [ ] Fine and/or [ ] Restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: **RODRIQUEZ, PEDRO**
CASE NUMBER: **5:00CR-00031-02-R**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐ Lump sum payment of $ Due immediately, balance due

☐ not later than , or
☐ in accordance with C, D, or E below); or

B ☐ Payment to begin immediately (may be combined with C, D, or E below); or

C ☐ Payment in *(E.g. equal, weekly, monthly, quarterly)* installments of $ Over a period of *(E.g. months or years)* year(s) to commence *(E.g., 30 or 60 days)* after the date of This judgment, or

D ☐ Payment in *(E.g. equal, weekly, monthly, quarterly)* installments of $ Over a period of *(E.g. months or years)* year(s) to commence *(E.g., 30 or 60 days)* after Release from imprisonment to a term of supervision; or

E ☒ **Special instructions regarding the payment of criminal monetary penalties:**

**Any balance of criminal monetary penalties owed upon incarceration shall be paid in quarterly installments of at least $25 based on earnings from an institution job and/or community resources (other than Federal Prison Industries), or quarterly installments of at least $60 based on earnings from a job in Federal Prison Industries and/or community resources, during the period of incarceration to commence upon arrival at the designated facility.**

**Upon commencement of the term of supervised release, the probation officer shall review your financial circumstances and recommend a payment schedule on any outstanding balance for approval by the court. Within the first 60 days of release, the probation officer shall submit a recommendation to the court for a payment schedule, for which the court shall retain final approval.**

**Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons Inmate Financial Responsibility Program, are to be made to the United States District Court, Gene Snyder Courthouse, 601 West Broadway, Suite 106, Louisville, KY 40202, unless otherwise directed by the Court, the Probation Officer, or the United States Attorney.**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# U.S. Courts
## Case Inquiry Report

**Case Number** DKYW500CR000031 **Case Title** USA VS SALCEDA

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 002 | PEDRO RODRIQUEZ | SPECIAL PENALTY ASSESSMENT | 100.00 | 100.00 | 0.00 |
| | | | 100.00 | 100.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| CT L33003623 | 07/13/2005 | 07/14/2005 | PR | 100.00 | PEDRO RODRIQUEZ | O | 04 | 504100 |

| Account Number | Debt Type Line# | Debt Type | Payee Line# | Depository Line# |
|---|---|---|---|---|
| DKYW500CR000031-002 | 1 | SPECIAL PENALTY ASSESSMENT | | |

*** Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

Please fwrd to finance section

PROB 22
Rev. 2/88

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| | | DOCKET NUMBER(Tran.Ct)<br>5:00CR-00031-02-R |
| | | DOCKET NUMBER(Rec.Ct) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>PEDRO RODRIGUEZ<br>[redacted], Miami, FL 33018 | DISTRICT<br>KENTUCKY | DIVISION<br>WESTERN |
| | NAME OF SENTENCING JUDGE<br>The Honorable Thomas B. Russell | |
| SD/FL PACTS No. 65773 | DATES OF PROBATION SUPERVISED RELEASE | FROM 6/15/2007 | TO 6/14/2010 |

OFFENSE: Conspiracy to Distribute 3, 4-Methylenedioxymethamphetamine, also known as "MDMA and "Ecstasy", a Schedule I Controlled Substance, a Class C Felony, in violation of Title 21, U.S.C. §846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Florida upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/20/08
Date

[signature]
The Honorable Thomas B. Russell,
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/18/08
Effective Date

[signature]
The Honorable ______________________
United States District Judge